## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daveesha Augustin,<br><br>          Plaintiff,<br><br>-against-<br><br>Trans Union LLC a/k/a TransUnion; Equifax Information Services LLC; Capital One Financial Corporation a/k/a Capital One Services, LLC,<br><br>          Defendants. | Case No.: 2:25-cv-00848<br><br>**NOTICE OF SETTLEMENT** |

Now comes Plaintiff Daveesha Augustin ("Plaintiff") by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff, and Defendant Trans Union LLC a/k/a TransUnion, only, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii).

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences as they pertain to Trans Union LLC a/k/a TransUnion, only, and request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed, and all terms of settlement have been consummated.

Dated: Brooklyn, New York
      February 21, 2025

                                      **PETROFF AMSHEN LLP**
                                      *Attorneys for Plaintiff,*
                                      Daveesha Augustin

                                      */s/ Serge F. Petroff*
                                      Serge F. Petroff, Esq. (SP9522)
                                      1795 Coney Island Avenue, Third Floor
                                      Brooklyn, New York 11230
                                      Telephone: (718) 336-4200
                                      Email: spetroff@petroffamshen.com